# Nicoletti Hornig & Sweeney

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
FACSIMILE 212-220-3780
general@nicolettihornig.com
www.nicolettihornig.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  02/14/2020
```

**GUERRIC S.D.L. RUSSELL**
PARTNER
DIRECT DIAL: 212-220-3826
grussell@nicolettihornig.com

**MEMO ENDORSED**

February 14, 2020

> Application GRANTED. The status conference scheduled for February 28, 2020, is CANCELLED. The parties must file a joint status report on or before **April 17, 2020**.
>
> SO ORDERED.        Date: 02/14/2020
>
> *[signature]*
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

**BY ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 443
New York, New York 10007

RE:  *In the Matter of Manhattan by Sail*
United States District Court,
Southern District of New York
Docket No.:   12 Civ. 8182
Our File No.:   00001155 GSR/LO

Dear Judge Caproni:

    We represent Petitioners Manhattan by Sail/Shearwater Holdings, Ltd (collectively "Petitioner") in the above-referenced matter. Pursuant to your Honor's Decision and Order dated January 31, 2020 [R.Doc. 109], we write on behalf of all parties to advise the Court that we would like to explore private mediation at this juncture. The parties have agreed to use Ronnie Gallina of JAMS and will be reaching out to her to find out her availability.

    We respectfully request that the Court adjourn the status conference currently set for February 28, 2020 at 10:00 a.m. and enter an order directing the parties to submit a letter update regarding the private mediation efforts in sixty (60) days.

**New Jersey**
505 Main Street, Suite 106
Hackensack, NJ 07601-5928
t 201-343-0970 • f 201-343-5882

**Illinois**
One Northbrook Place
5 Revere Drive, Suite 200, Northbrook, IL 60062
t 847-205-5309 • f 847-205-5310

**Georgia**
4555 Mansell Road, Suite 300
Alpharetta, GA 30022
t 770-521-4234 • f 770-521-4200

February 14, 2020
Page 2

      We thank the Court for its time and consideration to this matter.

                Very truly yours,

                NICOLETTI HORNIG & SWEENEY

                By: _____

                Guerric S.D.L. Russell

cc:

**VIA ECF**
jratchik@kramerdunleavy.com
Kramer, Dunleavy & Ratchik, PLLC
61 Broadway, Suite 2220
New York, New York 10006

Attention:    Jonathan R. Ratchik, Esq.

T:\grussell\0-1155\Court letter 02.14.20 (final).docx